# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 19, 2011

Lyle W. Cayce
Clerk

No. 11-40635
c/w No. 11-40636
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDDIE OLMOS,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 1:09-CR-107-8
USDC No. 1:10-CR-98-1

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Eddie Olmos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Olmos has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Olmos's response. We concur with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-40635
c/w No. 11-40636

counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2. Olmos's motion for the appointment of counsel is DENIED.